IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Keyes, Craig O | Case Number: 04 B 28931 |
|---|---|---|
| | Keyes, Capri A | Judge: Hollis, Pamela S |
| | Printed: 9/9/08 | Filed: 8/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: September 5, 2008
Confirmed: November 8, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,030.00 | |
| Secured: | | 2,823.24 |
| Unsecured: | | 3,034.43 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 478.33 |
| Other Funds: | | 0.00 |
| Totals: | 9,030.00 | 9,030.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,694.00 | 2,694.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Midwest Title | Secured | 321.70 | 321.70 |
| 4. | Countrywide Home Loans Inc. | Secured | 2,340.30 | 2,340.30 |
| 5. | Monterey Financial Services | Secured | 161.24 | 161.24 |
| 6. | Resurgent Capital Services | Unsecured | 86.51 | 151.62 |
| 7. | Americash Loans, LLC | Unsecured | 29.74 | 52.14 |
| 8. | Resurgent Capital Services | Unsecured | 89.12 | 156.27 |
| 9. | St James Hospital | Unsecured | 121.96 | 213.85 |
| 10. | SBC | Unsecured | 59.85 | 104.92 |
| 11. | Internal Revenue Service | Unsecured | 218.73 | 383.40 |
| 12. | Monterey Financial Services | Unsecured | 155.06 | 271.83 |
| 13. | Midwest Title | Unsecured | 71.34 | 125.02 |
| 14. | Nicor Gas | Unsecured | 208.09 | 364.76 |
| 15. | Mercury Finance Co | Unsecured | 513.95 | 901.22 |
| 16. | RoundUp Funding LLC | Unsecured | 99.24 | 173.94 |
| 17. | CB USA | Unsecured | 77.29 | 135.46 |
| 18. | Internal Revenue Service | Priority | | No Claim Filed |
| 19. | Bloom Township High School Credit Union | Unsecured | | No Claim Filed |
| 20. | Excel Emergency Care | Unsecured | | No Claim Filed |
| 21. | Pay Day Loans | Unsecured | | No Claim Filed |
| 22. | Suburban Heights Medical Cente | Unsecured | | No Claim Filed |
| 23. | Sprint | Unsecured | | No Claim Filed |
| 24. | Chicago Hts Auto Credit Union | Unsecured | | No Claim Filed |
| 25. | Comcast Digital Phone | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Keyes, Craig O
        Keyes, Capri A
        Printed: 9/9/08

Case Number: 04 B 28931
Judge: Hollis, Pamela S
Filed: 8/4/04

_____       _____
$ 7,248.12         $ 8,551.67

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 81.21 |
| 4% | 25.61 |
| 3% | 18.57 |
| 5.5% | 104.58 |
| 5% | 20.42 |
| 4.8% | 57.12 |
| 5.4% | 170.82 |
|  | _____ |
|  | $ 478.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMach_____